1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL EUGENE THOMAS,                    No. C 11-2602 SI (pr)

           Petitioner,                         **JUDGMENT**

      v.

M. MARTEL, warden,

           Respondent.
_____/

The petition for writ of habeas corpus is dismissed.


IT IS SO ORDERED AND ADJUDGED.


DATED: June 27, 2011
                                      _____
                                        SUSAN ILLSTON
                                United States District Judge